**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GOODBYS CREEK, LLC,
a Florida limited
liability corporation,

      Plaintiff,

vs.                              CASE NO. 3:07-cv-947-J-34HTS

ARCH INSURANCE COMPANY,
a Missouri corporation,

      Defendant.

-----

**O R D E R**

This cause is before the Court on Arch Insurance Company's Motion to Strike Affirmative Defenses of Fairfield Financial Services, Inc. (Doc. #67), which fails to comply with the conferral certification requirement of Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)). No timely opposition was filed pursuant to Local Rule 3.01(b). Nevertheless, Fairfield Financial Services, Inc.'s Response to Arch Insurance Company's Motion to Strike Affirmative Defenses (Doc. #80; Response), which indicates a consultation pursuant to Local Rule 3.01(g) "might have proved helpful[,]" has now been submitted.

Through the Response, Fairfield Financial Services, Inc. has agreed to withdraw its 10th, 15th, 20th, and 21st affirmative defenses. Response at 3, 11. Given the potential for a further narrowing of the issues, the Motion will be denied without prejudice to a further motion evidencing full compliance with Rule 3.01(g). Moreover, thought should be given to the provisions of Rule 12(f)(2), Federal Rules of Civil Procedure (Rule(s)). As ordinarily no response to an affirmative defense is permitted, it appears the twenty-day time limit established by Rule 12(f)(2) may have been applicable, and that the Motion was filed subsequent to its expiration.

In accordance with the foregoing, the Motion (Doc. #67) is **DENIED** without prejudice to a future filing made in conformity with the Local Rules.

**DONE AND ORDERED** at Jacksonville, Florida, this 10th day of September, 2008.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
     pro se parties, if any