UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


GOODBYS CREEK, LLC,
a Florida limited
liability corporation,

       Plaintiff,

v.                                CASE NO. 3:07-cv-947-J-34HTS

ARCH INSURANCE COMPANY,
a Missouri corporation,

       Defendant.

## O R D E R

This cause is before the Court on Goodbys Creek, LLC's Motion to Extend Discovery Deadlines, Agreed in Part (Doc. #115; Motion). A hearing was held on the Motion on April 13, 2009.

Having heard the positions of the parties, and being otherwise fully informed in the premises, the Motion is **GRANTED** to the extent the discovery deadline is extended through May 29, 2009, and the dispositive motion deadline is reset to June 8, 2009. The parties are, of course, permitted to undertake discovery at any time pursuant to their own agreement. However, doing so "anticipates no discovery disputes; the Court will not hear discovery disputes

arising during such extended period." Amended Case Management and Scheduling Order (Doc. #55) at 1 (emphasis omitted).

Additionally, based in part on the representations made at the hearing, the Motion for Additional Time to Examine Arch Corporate Representative by Deposition (Doc. #117) and Plaintiff's Motion to Compel and For Sanctions (Doc. #121) are **STRICKEN** for failure to comply fully with Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida.  *Cf.* Order (Doc. #89).

**DONE AND ORDERED** at Jacksonville, Florida, this 15th day of April, 2009.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of record and
    pro se parties, if any